William A. Kober and Gertrude S. Kober, appellees, v. Alva H. Krom and Winifred C. Krom, appellants.   Gen. No. 34,406.

Opinion filed April 15, 1931.

Robert H. Holmes, for appellants. Kamfner & Halligan, for appellees; Arthur J. Goldberg, of counsel.

Mr. Justice Hebel delivered the opinion of the court.